IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv152
[3:99cr163-01 & 3:01cr31-2]

| | |
|---|---|
| RONALD A. MOORE, | )<br>) |
| Petitioner, | )<br>) |
| Vs. | ) ORDER<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | )<br>) |

**THIS MATTER** is before the Court on petitioner's letter dated March 19, 2012, in which he states he needs additional time to sign his petition under penalty of perjury, Rule 2(b)(5), 28 U.S.C. § 2255. For good cause shown, the court will allow an extension of time.

### ORDER

**IT IS, THEREFORE, ORDERED** that

1. Petitioner shall file his Amended Petition, limited to signing such under the penalty of perjury, within 14 days of the filing of this Order.

Signed: March 27, 2012

Max O. Cogburn Jr.
United States District Judge

-1-