# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:12cv152
#### [3:99cr163-01 & 3:01cr31-2]

| | | |
|---|---|---|
| **RONALD A. MOORE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on petitioner's letter dated March 19, 2012, in which he states he needs additional time to sign his petition under penalty of perjury, Rule 2(b)(5), 28 U.S.C. § 2255.  For good cause shown, the court will allow an extension of time.

### ORDER

**IT IS, THEREFORE, ORDERED** that

1.  Petitioner shall file his Amended Petition, limited to signing such under the penalty of perjury, within 14 days of the filing of this Order.


Signed: March 27, 2012

Max O. Cogburn Jr.
United States District Judge