UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00152-MOC

| | |
|---|---|
| **RONALD ANTHONY MOORE,** | )<br>) |
| Petitioner, | )<br>) |
| vs. | )   **RULE 5(D) ORDER** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

**THIS MATTER** is before the court on petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (#12), the respondent's timely Response (#16), which seeks dismissal of the petition. The government has supported such motion with citations to the record in the criminal action and/or affidavits. In accordance with Rule 5(d), Rules Governing Section 2255 Proceedings, petitioner will be allowed 14 days to file any reply to the government's Answer and Motion to Dismiss.

## ORDER

**IT IS, THEREFORE, ORDERED** that petitioner file his Reply to the government's Motion to Dismiss within 14 days of receipt of this Order.

Signed: January 25, 2013

Max O. Cogburn Jr.
United States District Judge